■ LAWYERS COOPERATIVE PUBLISHING Co. et al., Plaintiffs, v. MATHEW BENDER & COMPANY, INC., et al., Defendants.— Motion to dismiss appeal denied with leave to renew upon argument of the appeal.

■ In the Matter of IDA S. MILLER, Appellant, v. HARLAND D. MOFFITT et al., Constituting the Town Board of the Town of Mendon, Respondents.— Matter held, parties instructed to advise court by November 27, 1962 as to status of matter at that time.

■ (A) THERESA RISCIGNITE et al., Appellants, v. NIAGARA FRONTIER TRANSIT SYSTEM, INC., et al., Respondents. (B) ONEIDA NATIONAL BANK AND TRUST COMPANY OF CENTRAL NEW YORK, Appellant, v. FRANK W. CONTE et al., Respondents. (C) S. J. GROVES & SONS COMPANY, Claimant, v. STATE OF NEW YORK, Defendant. (D) THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. CHARLES TRUDEAU, Respondent. (E) BANK OF JAMESTOWN, Respondent, v. GLENN S. MECUSKER et al., Appellants, et al., Defendants. (F) LEONARD J. CAIVANA et al., Appellants; v. VITO SPOHN, Defendant, and UTICA OIL HEATING CORP., Respondent.— [In each action] Appeal dismissed, without costs, upon stipulation.

■ (A) THOMAS DORAN COMPANY, INCORPORATED, Respondent, v. E. CHARLES LARRY, as Trustee for Wetmore & Sugden, Inc., Bankrupt, Appellant. (And Another Action.) (Nov. 5, 1962.) (B) HAMILTON L. GRANT, Appellant, v. OWENS-ILLINOIS GLASS COMPANY et al., Respondents. (Nov. 5, 1962.) (C) ROBERT O. MONEYPENNY, Respondent, v. JOHN CASELINUOVO et al., Appellants. (Nov. 5, 1962.) (D) WALTER PEACOCK, Respondent, v. CHARLES GALENTE, SR., et al., Appellants, et al., Defendant. (Nov. 1, 1962.) (E) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH ALFRED BROUGH, Appellant. (Oct. 31, 1962.) (F) ROBERT PLACE et al., Appellants, v. CHARLES HACK et al., Respondents. (Oct. 31, 1962.) (G) MARY C. SIEGEL, Respondent, v. BOARD OF EDUCATION OF THE CITY OF BUFFALO, Appellant. (Oct. 31, 1962.) — [In each action] Appeal dismissed unless records and briefs are filed and served as indicated.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT MORTON, Appellant, v. JAMES MCDONALD, as Sheriff of Cayuga County, Respondent.— Application for a stay granted on condition that appeal is ready for argument or submission at the term commencing November 27, 1962. (Order entered Oct. 4, 1962.)

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. BENNIE JACKSON (JOHN M. REGAN, Esq., for Walter C. Eves, Esq.; order entered Sept. 24, 1962.) (B) THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE JONES (George J. Jung, Esq., for Allan H. Kaminsky, Esq.; order entered Sept. 24, 1962.) — [In each action] Order of substitution of attorneys entered.

■ (A) KENNETH CHURCHILL, Respondent, v. HELEN V. CHURCHILL, Appellant. (B) GENESEE VALLEY UNION TRUST COMPANY, Respondent, v. ROBERT LEMBKE et al., Appellants. (C) MARGARET D. GIDNEY, Respondent, v. JOHN A. GIDNEY, Appellant. (D) WILLIE MAE et al., Appellants, v. LOUIS C. HILLMAN et al., Respondents. (E) FRANCINE JOUBERT, an Infant, Appellant, v. BESSIE COPELAND, Respondent. (F) FRANCINE JOUBERT, an Infant, Appellant, v. SAM COPELAND, Respondent. (G) THERESA RISCIGNITE et al., Appellants, v. NIAGARA FRONTIER TRANSIT SYSTEM et al., Respondents. (H) SELMA M. ROBILLARD, Appellant, v. CITY OF SYRACUSE et al., Respondents. (I) SELMA M. ROBILLARD, Appellant, v. SYRACUSE TRANSIT CORP. et al., Respondents. (J) In the Matter of the Arbitration between GERARD STEINITZ AND MOTOR VEHICLE ACCIDENT INDEMNITY CORP. BETTY J. ASHBY, as Limited Administratrix of the Estate of ROBERT A. ASHBY, Deceased, Plaintiff, v. GERALD STEINITZ et al., Defendants. (And Two Other Actions.) (K) TRACY & JONES, INC., Respondent,